AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## FID 11118115

for the

District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 2:13 pm, Oct 01, 2024

United States of America
v.

IBRAHIM DE LA CRUZ

*Defendant*

)
) Case: 1:24-mj-00286
) Assigned To : Judge Zia M. Faruqui
) Assign. Date : 9/30/2024
) Description: AMENDED COMPLAINT W/ARREST WARRANT
)

## AMENDED ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  **IBRAHIM DE LA CRUZ**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1708 - Attempt Theft or Receipt of Stolen Mail Matter Generally
18 U.SC. § 1708 - Theft or Receipt of Stolen Mail Matter Generally
18 U.SC. § 1708 - Theft or Receipt of Stolen Mail Matter Generally
18 U.SC. § 1708 - Theft or Receipt of Stolen Mail Matter Generally
18 U.S.C. § 1708 - Attempt Theft or Receipt of Stolen Mail Matter Generally
18 U.S.C.  § 2114(a) - Armed Robbery of Mail, Money, or Other Property of the United States

Date: 09/30/2024

*Issuing officer's signature*

City and state:  Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/3/24 , and the person was arrested on *(date)* 12/3/24
at *(city and state)*  Washington, DC .

Date:  12/3/24

*Arresting officer's signature*

Gacee Sweeny  DUSM
*Printed name and title*